

**CANDICE FIELDS**
—— **LAW** ——

## MEMORANDUM

DATE:        August 30, 2022

TO:          Casey Schultz, Courtroom Deputy
             The Honorable Kimberly J. Mueller

FROM:        Candice L. Fields
             Attorney for Defendant Kristen Demar

RE:          United States v. Demar: 2:19-CR-107 KJM

Casey:

The parties mutually agree to set a change of plea hearing in the above-referenced matter for Defendant Demar on September 12, 2022. The selected date appears to be available.

Thank you.

*/s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for defendant Kristen Demar

cc: AUSA Jason Hitt

520 Capitol Mall, Suite 750, Sacramento, California  95814
T: (916) 414-8050 | F: (916) 790-9450
cfields@candicefieldslaw.com
www.candicefieldslaw.com