| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 21, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KRISTEN DEMAR,

        Defendant.

Case No.  2:19-cr-00107-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KRISTEN DEMAR ,

Case No.  2:19-cr-00107-KJM , Charge 18 USC § 1962(d), from custody for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $

        X    Unsecured Appearance Bond $   10,000.00

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 21, 2022, at 2:35 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire