UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 15, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

KRISTEN DEMAR,

Defendant.

Case No.  2:19-CR-00107-14-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release KRISTEN DEMAR,

Case No. 2:19-CR-00107-14-TLN Charge 18 U.S.C. § 3606, from custody for the following

reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

   X    (Other): **TIME SERVED.**

Issued at Sacramento, California on January 15, 2026.

_____
Troy L. Nunley
Chief United States District Judge